UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 15-14156 |
| | ) | |
| LISA M. DI DIANA, | ) | Honorable Donald R. Cassling |
| | ) | |
| Debtor | ) | Chapter 11 |

## NOTICE OF MOTION

To:     SEE ATTACHED SERVICE LIST

**PLEASE TAKE NOTICE** that on the 7th day of March, 2017, at 9:30 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Donald R. Cassling in Courtroom 619 in the United States Courthouse, 219 S. Dearborn, Chicago, Illinois, or before any other Bankruptcy Judge who may be presiding in said Judge's place and stead, and shall then and there move the Court for the entry of an order in accordance with the attached motion at which time you may appear if you so desire.

_/s/ Joel A. Schechter_

## CERTIFICATE OF SERVICE

The undersigned being first duly sworn on oath deposes and says that he served the above and foregoing notice and attached motion on the parties appearing on the attached service list via first class mail, postage prepaid, on the 27th day of February, 2017, before the hour of 6:00 p.m. from 53 W. Jackson Blvd., Chicago, Illinois 60604.

_/s/ Joel A. Schechter_

Joel A. Schechter
Attorney No. 03122099
LAW OFFICES OF JOEL A. SCHECHTER
53 W. Jackson Blvd., Suite 1522
Chicago, Illinois 60604; (312) 332-0267

Adventist Hinsdale Hospital
P.O. Box 3495
Toledo, OH 43607

Adventist Hinsdale Hospital
75 Remittance Drive
Suite 3250
Chicago, IL 60675-3250

Advocate Christ Medical Center
c/o Harris & Harris, Ltd.
111 West Jackson Blvd., Suite 400
Chicago, IL 60604-4134

Advocate Christ Medical Center
4440 West 95th Street
Oak Lawn, IL 60453

Advocate Medical Group
c/o United Recovery Service, LLC
18525 Torrence Ave., Suite C-6
Lansing, IL 60438

Advocate Medical Group
701 Lee Street
Des Plaines, IL 60016

Capital One
P. O. Box 6492
Carol Stream, IL 60197-6492

Chase
Cardmember Service
P. O. Box 15298
Wilmington, DE 19850-5298

Children's Surgical Foundation
737 North Michigan Avenue
Suite 1650
Chicago, IL 60611

Delray Lakes Homeowners' Assn
15854 Bent Creek Road
Wellington, FL 33414

DuPage County Treasurer
421 N. County Farm Road
Wheaton, IL 60187

DuPage Medical Group
15921 Collection Center Drive
Chicago, IL 60693-0159

DuPage Valley Anesthesia, Ltd.
P.O. Box 3872
Carol Stream, IL 60132

Fifth Third Bank
Customer Service MD 1MOC2G-4050
38 Fountain Square Plz.
Cincinnati, OH 45263

Fifth Third Bank
P.O. Box 63900
CC 3110
Cincinnati, OH 45263-0900

Gilbert E. Tresley, M.D.
120 Oak Brook Center
Suite 809
Oak Brook, IL 60523

Great Lakes Credit Union
2525 Green Bay Road
North Chicago, IL 60064

Great Lakes Student Loan
P.O. Box 530229
Atlanta, GA 30353-0229

Green Tree Servicing LLC
345 St. Peter St.
Saint Paul, MN 55102

Green Tree Servicing LLC
P.O. Box 6172
Rapid City, SD 57709-6172

Hinsdale Hospital
P.O. Box 3495
Toledo, OH 43607

Illinois Department of Revenue
P.O. Box 64338
Chicago, IL 60664-0338

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jenna Di Diana
208 West Willow
Apt. 1
Chicago, IL 60614

Kohl's
Payment Center
P.O. Box 2983
Milwaukee, WI 53201-2983

LaGrange Womens' Clinic
5201 S. Willow Springs
Suite 490
La Grange, IL 60525-5418

Matthew Wolfe
Ronald R. Wolfe & Associates
4919 Memorial Highway, Suite 200
Tampa, FL 33634

Midwest Pediatric Critical Care Ass
39811 Treasury Center
Chicago, IL 60694-9800

Molis Dental
375 West 83rd St.
Burr Ridge, IL 60527

MS Investment Group
P.Q. Box 10432
Peoria, IL 61612-0432

Nationwide Credit
815 Commerce Drive
Suite 270
Oak Brook, IL 60523-8852

Nationwide Credit
c/o Evergreen Bank Group
P.O. Box 3219
Oak Brook, IL 60522-3219

Neiman Marcus
PO Box 729080
Dallas, TX 75372

Neiman Marcus
1618 Main Street
Dallas, TX 75201

Patrick S. Layng, U.S. Trustee
219 South Dearborn Street
Room 873
Chicago, IL 60604

Peter C. Bastianen
Codilis & Associates, P.C.
15W030 N. Frontage Rd., #100
Burr Ridge, IL 60527

Quest Diagnostics
P.O. Box 740397
Cincinnati, OH 45274-0397

Quest Diagnostics
P.O. Box 7306
Hollister, MO 65673-7306

Quest Diagnostics
1355 Mittel Blvd
Wood Dale, IL 60191-1024

Radiology Imaging Consultants, SC
75 Remittance Drive
Dept. 1324
Chicago, IL 60675

Robert Di Diana
6908 Irish Court
Darien, IL 60561

Robert F. Girgis, D.D.S.
7350 Janes Avenue
Woodridge, IL 60517-2339

Rome Aire
1701 Costa del Sol
Boca Raton, FL 33432

Surgical Center
1593 Paysphere Circle
Chicago, IL 60674

Target Card Services
P.O. Box 660170
Dallas, TX 75266-0170

Toni Townsend
Pierce & Associates, P.C.
1 N. Dearborn St., Suite 1300
Chicago, IL 60602

U.S. Bank, N.A., as Trustee
c/o Matthew Wolf
P.O. Box 25018
Tampa, FL 33622-5018

Von Maur
Customer Service Department
727 Veteran's Memorial Parkway
Davenport, IA 52806

Wells Fargo
P.O. Box 10388
Des Moines, IA 50306-0388

William Regan
502 Rennesoy
Newark, IL 60541

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                         )     Case No. 15-14156

                           )

LISA M. DI DIANA,          )     Honorable Donald R. Cassling

                           )

        Debtor          )     Chapter 11

## MOTION OF DEBTOR, LISA M. DI DIANA, FOR ENTRY
## OF FINAL DECREE TO CLOSE CHAPTER 11 CASE

Now Comes the Debtor and Debtor-in-Possession, Lisa M. Di Diana ("Debtor"), by and

through her attorney, Joel A. Schechter of the Law Offices of Joel A. Schechter, and moves the

Court pursuant to 11 U.S.C. §350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure

for the entry of a final decree closing the bankruptcy case, and in support thereof states as

follows:

1.     On April 21, 2015, the Debtor filed a voluntary petition pursuant to Chapter 11 of

Title 11, United States Code ("Case").

2.     The Debtor remained in possession of her assets and continued to operate her

affairs pursuant to 11 U.S.C. §1107 and §1108.

3.     No trustee or creditors committee was appointed herein.

4.     On August 23, 2016, this Honorable Court entered an order confirming the

Debtor's first amended plan of reorganization ("Plan")

5.     The Plan provides for the payment of Administrative Claims and divided the

creditor body into seven (7) classes of claims or interests.

6.     Class 1 consists of the priority claims of the Internal Revenue Service ("IRS") and

the Illinois Department of Revenue ("IDR") in the amounts of $1,100.54 and $4,833.56,

respectively. These claims are to be paid in full with interest at the annual rate of 3.25% over sixty (60) months. The monthly payment required to retire this debt is $122.49.

7.      Class 2 consists of the secured claim of Green Tree Servicing, LLC[1] ("Green Tree") in the amount of $179,863.75. This claim is secured by a first mortgage lien on real property commonly known as 6908 Irish Court, Darien, IL. This claim is to be repaid in accordance with the note and mortgage executed by the Debtor and her non-filing spouse prior to the Case. The monthly payment pursuant to the note and mortgage is $3,794.23.

8.      Class 3 consists of the allowed arrearage claim of Green Tree in the amount of $24,971.96. This claim is to be repaid, without interest, over sixty (60) months. The monthly payment required to retire this debt is $416.20.

9.      Class 4 consists of the secured claim of U.S. Bank, N.A., as Trustee ("U.S. Bank") in the amount of $475,000.00. This claim is secured by a first mortgage lien on real property commonly known as 1020 Delray Lakes Drive, Delray Beach, FL. This claim is to be repaid, with interest at the rate of 5.00% per annum, in monthly payments over thirty (30) years. The monthly payment required to retire this debt is $2,549.90.

10.      Class 5 consists of the allowed unsecured claim of U. S. Bank in the amount of $102,101.62. This claim is to be repaid, without interest, over sixty (60) months. The monthly payment required to retire this debt is $1,701.69.

11.      Class 6 consists of the allowed unsecured claim of U.S. Department of Education in the amount of $82,642.25. In the event the Debtor cannot obtain a deferment of the repayment of the student loan, then this claim is to be repaid, with interest at the rate of 3.25% per annum,

---

[1]Subsequent to the filing of the plan, Ditech became the servicer of the loan.

2

over sixty (60) months. The monthly payment required to retire this debt is $1,494.17.

12.     Class 7 consists of the allowed unsecured claims in the approximate amount of $32,476.27. These claims will be repaid in full, without interest, over sixty (60) months. The monthly payment required to retire these debts is approximately $541.27.

13.     Payments pursuant to the Plan were to commence thirty (30) days after the Effective Date, as defined in the Plan. The Effective Date was September 6, 2016. Therefore, payments were to commence October 6, 2016.

14.     The Debtor has commenced making payments pursuant to the confirmed Plan.

15.     Pursuant to Rule 3022-1 of the Local Bankruptcy Rules, the Debtor hereby alleges that she is in full compliance with the Plan in that the Debtor is current in her monthly obligations to all claimants.

WHEREFORE, the Debtor, Lisa M. Di Diana, prays this Honorable Court enters a final decree closing the Chapter 11 case and for such other and further relief as the Court may deem just and proper.

> Respectfully submitted,
> Lisa M. Di Diana,
> Debtor and Debtor-in-possession
>
>
> By:/s/ Joel A. Schechter

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267

3