UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:  15-14156 |
| LISA M. DI DIANA, | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Donald R. Cassling |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

## ORDER ADIMINSTRATIVELY CLOSING CHAPTER 11 CASE

This matter coming on for hearing on the motion of the Debtor, Lisa M. Di Diana, to enter the final decree closing the Chapter 11 case pursuant to 11 U.S.C. Section 350 and Rule 3022 of the Federal Rules of Bankruptcy Procedure; notice having been served on all parties in interest including all creditors of the estate; the Court having jurisdiction and being fully advised in the premises.

NOW THEREFORE, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Chapter 11 case is administratively closed.
2. The Debtor may move to reopen this case for purposes of receiving a discharge when all plan payments have been completed or the Debtor otherwise qualifies for a discharge under 11 U.S.C. Section 1141(d)(5).

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated:  March 07, 2017

**Prepared by:**

Joel A. Schechter
Attorney No. 3122099
Law Offices of Joel A. Schechter
53 West Jackson Blvd, Suite 1522
Chicago, IL 60604
312-332-0267